## Kelley v. Commonwealth.

(Decided December 13, 1921.)

### Appeal from Perry Circuit Court.

Appeal and Error—Dismissal.—The appellant having failed to file any brief, and no error prejudicial to his substantial rights appearing upon the record, the appeal is dismissed.

FAULKNER & STANFILL for appellant.

CHAS. I. DAWSON, Attorney General, and THOS. B. McGREGOR, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HURT—Dismissing.

The appellant has failed to file any brief in this case, and a motion has been made to dismiss the appeal on that account, and has been submitted upon that motion. .

The record has been examined and no error in any way prejudicial to appellant's substantial rights appears.

The motion is therefore sustained and the appeal dismissed.